RECEIVED
IN LAKE CHARLES, LA

JUL - 6 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JORGE VIVES | : | DOCKET NO. 2:05-cv-714 |
| VS. | : | JUDGE MINALDI |
| ALBERTO GONZALEZ, ET AL. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that this petition be DISMISSED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _6_ day of _____, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE